**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO. 8:18-cv-00147-VMC-JSS**

| | |
|---|---|
| **DAVID ROWE, FRED PARLATO AND DANA NORRIS** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LOANDEPOT.COM, LLC,** a Delaware limited liability company,<br><br>*Defendant*. | **CLASS ACTION COMPLAINT**<br><br>**TRIAL BY JURY DEMANDED** |

**PLAINTIFF DAVID ROWE'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff David Rowe, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against Defendant. All claims of Plaintiff David Rowe, individually, are hereby dismissed without prejudice.

Date: April 10, 2018

Respectfully submitted,

| **HIRALDO P.A.**<br><br>*/s/ Manuel S. Hiraldo*<br>Manuel S. Hiraldo<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Counsel for Plaintiffs and the Putative Class* | **LAW OFFICES OF STEFAN COLEMAN P.A.**<br>Stefan Coleman<br>Florida Bar No. 00030188<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, Florida 333131<br>Telephone: (888) 333-9427<br>Facsimile: (888) 498-8946<br><br><br><br>*Counsel for Plaintiffs and the Putative Class* |
|---|---|
| **IJH LAW**<br>Ignacio J. Hiraldo<br>Florida Bar No. 0056031<br>14 NE First Ave<br>10th Floor<br>Email: ijhiraldo@ijhlaw.com<br>Telephone: 786.351.8709<br><br>*Counsel for Plaintiffs and the Putative Class* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713