## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **DAVID ROWE, FRED PARLATO, AND DANA NORRIS,** individually and on behalf of all others similarly situated, | Case No. 8:18-cv-00147-VMC-JSS |
| *Plaintiffs*, | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **LOANDEPOT.COM, LLC,** a Delaware limited liability company | |
| *Defendant.* | |

### PLAINTIFFS' UNOPPOSED MOTION TO
### CONTINUE CASE MANAGEMENT HEARING

Plaintiffs Fred Parlato and Dana Norris, respectfully request the continuance of the Case Management Hearing presently scheduled for June 1, 2018, and in support state:

1.      This is a putative class action under the Telephone Consumer Protection Act. Plaintiffs filed their Complaint on January 18, 2018. [ECF No. 1].

2.      On January 23, 2018, the Court issued its Fast-Track Scheduling Order.  [ECF No. 8].

3.      Pursuant to the Court's Scheduling Order, the parties attended mediation on May 25, 2018, but were unable to resolve the case.

4.      On May 29, 2018, the parties submitted their proposed Case Management Report. [ECF No. 38].

5.      Subsequently, the Court entered a Notice of Hearing, scheduling a Case Management Hearing for June 1, 2018 at 9:45 a.m., and requiring lead counsel for the parties to appear in person.

6.     Lead counsel for Plaintiffs, Manuel S. Hiraldo, is unable to attend the Case Management Hearing for personal reasons.

7.     Specifically, the undersigned's spouse will be traveling for work from May 31 through June 1, 2018.  The undersigned is located in Fort Lauderdale and has been unable to obtain childcare on short notice.

8.     As noted by the Court, the "hearing is an investment of the Court's time and presents an opportunity for Counsel to meet the judge presiding over their case as well as present any issues that should be called to the Court's attention."  [ECF No. 40].

9.     Plaintiffs and the undersigned value the Court's time and resources, and appreciate the opportunity to discuss their case with the Court.

10.     Thus, Plaintiffs respectfully request the continuance of the Case Management Hearing to permit their lead counsel to appear in person.

11.     Defendant does not oppose the requested relief.

12.     Plaintiffs' request is made in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiffs Fred Parlato and Dana Norris respectfully request this Court enter an order continuing the Case Management Hearing, and for such other relief deemed appropriate under the circumstances.

## COMPLIANCE WITH LOCAL RULE 3.01

The undersigned hereby certifies that he conferred with counsel for Defendant, and Defendant does not oppose the requested relief.

Dated: May 30, 2018

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiffs and the Class*
**IJH LAW**
Ignacio J. Hiraldo
Florida Bar No. 0056031
14 NE First Ave
10th Floor
Email: ijhiraldo@ijhlaw.com
Telephone: 786.351.8709

*Counsel for Plaintiffs and the Class*

**LAW OFFICES OF STEFAN COLEMAN P.A.**
Stefan Coleman, Esq.
Florida Bar No. 00030188
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 333131
Telephone: (888) 333-9427
Facsimile: (888) 498-8946

*Counsel for Plaintiffs and the Class*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CETIFY that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
Hiraldo, P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiffs and the Class*