UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:18-cv-00147-VMC-JSS

| | |
|---|---|
| **DAVID ROWE, FRED PARLATO AND DANA NORRIS** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LOANDEPOT.COM, LLC,** a Delaware limited liability company,<br><br>*Defendant*. | CLASS ACTION COMPLAINT<br><br>TRIAL BY JURY DEMANDED |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fred Parlato and Defendant loanDepot.com, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff, individually, are hereby dismissed with prejudice. All claims of unnamed putative class members are hereby dismissed without prejudice. Each party will bear its own attorneys' fees and expenses.

Dated: September 5, 2018

Respectfully submitted,

| | |
|---|---|
| **HIRALDO P.A.** | **WOMBLE BOND DICKINSON (US) LLP** |
| */s/ Manuel S. Hiraldo*<br>Manuel S. Hiraldo, Esq.<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713 | */s/ Eric J. Troutman*<br>Eric J. Troutman (*Pro Hac Vice*)<br>Artin Betpera, Florida Bar No. 49535<br>3200 Park Center Drive, Suite 700<br>Costa Mesa, California 92626<br>Eric.Troutman@wbd-us.com<br>Artin.Betpera@wbd-us.com<br>Telephone:    714-557-3800 |
| *Counsel for Plaintiffs and the Class* | *Counsel for Defendant loanDepot.com, LLC* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713